JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA RANGEL, et al., | Case No. EDCV 11-1952VAP(DTBx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| UNIVERSAL AMERICAN MORTGAGE COMPANY OF CALIFORNIA; et al., | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: March 20, 2012

VIRGINIA A. PHILLIPS
United States District Judge